NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, Petitioner,

v.

Donna CANNION, Respondent.

Supreme Court of Pennsylvania.

Aug. 1, 2000.

***ORDER***

PER CURIAM:

AND NOW, this 1st day of August, 2000, the Petition for Allowance of Appeal is GRANTED and the decision of the Superior Court is REVERSED based upon this Court's decision in *Winslow–Quattlebaum v. Maryland Insurance Group,* 561 Pa. 629, 752 A.2d 878 (2000).